DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RICHARD W. MCCARTHY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-1430

_____

September 3, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Richard W. McCarthy, pro se.

PER CURIAM.

Affirmed. *See Ratliff v. State*, 914 So. 2d 938 (Fla. 2005);

*Grant v. State*, 770 So. 2d 655 (Fla. 2000); *State v. Cotton*, 769 So.

2d 345 (Fla. 2000); *McDonald v. State*, 133 So. 3d 530 (Fla. 2d DCA

2013); *Hughes v. State*, 22 So. 3d 132 (Fla. 2d DCA 2009); *Brown v.

State*, 827 So. 2d 1054 (Fla. 2d DCA 2002); *Joe v. Moore*, 787 So. 2d

55 (Fla. 2d DCA 2001); *Clark v. State*, 779 So. 2d 343 (Fla. 2d DCA 2000); *Nelson v. State*, 761 So. 2d 452 (Fla. 2d DCA 2000); *Holmes v. State*, 245 So. 3d 857 (Fla. 3d DCA 2018); *Williams v. State*, 925 So. 2d 427 (Fla. 3d DCA 2006); *Enriquez v. State*, 885 So. 2d 892 (Fla. 3d DCA 2004); *Williams v. State*, 715 So. 2d 336 (Fla. 1st DCA 1998).

BLACK, SLEET, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.